# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTH DISTIRCT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| AVERY LEE, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | 1:15-cv-04127-ELR |
| SCALES 925 ATLANTA, LLC, | ) | |
| | ) | JURY TRIAL REQUESTED |
| DEFENDANTS. | ) | |
| _____ | ) | |

## NOTICE OF FILING OF PROOF OF SERVICE FOR SCALES 925 ATLANTA, LLC

COMES NOW, Plaintiff, Avery Lee, by and through undersigned counsel, The Vaughn Law Firm, LLC, and hereby files her Proof of Service of Defendant.

*See* Affidavit of Service attached hereto as Exhibit 1.

Respectfully submitted this 11th day of January, 2016.

                                                        The Vaughn Law Firm, LLC

                                                        s/Christopher D. Vaughn
                                                        Christopher D. Vaughn
                                                        Georgia Bar No. 726226

246 Sycamore Street
Suite 150
Decatur, Georgia 30030
Phone: (404) 378-1290
Facsimile: (404) 278-1295


# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTH DISTIRCT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AVERY LEE,           ) | |
|                     ) | |
|     PLAINTIFF,       ) | |
|                     ) | |
| v.                   ) | CIVIL ACTION NO.: |
|                     ) | 1:15-cv-04127-ELR |
| SCALES 925 ATLANTA, LLC, ) | |
|                     ) | JURY TRIAL REQUESTED |
|     DEFENDANTS.      ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of January, 2016, I served the foregoing Notice of Proof of Service by causing a copy of same to be delivered to:

Charles Hughes
30 Ivan Allen Jr. Boulevard
Atlanta, Georgia 30308

The Vaughn Law Firm, LLC

 s/Christopher D. Vaughn
Christopher D. Vaughn
Georgia Bar No. 726226

246 Sycamore Street
Suite 150
Decatur, Georgia 30030
phone: (404) 378-1290
facsimile: (404) 378-1295