AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | | |
|---|---|---|
| Avery Lee | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:15-cv-04127-ELR |
| Scales 925 Atlanta, LLC | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Scales 925 Atlanta,LLC
c/o Charles Hughes
30 Ivan Allen Jr. Boulevard
Atlanta, Georgia 30308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher D. Vaughn
> The Vaughn Law Firm, LLC
> 246 Sycamore Street, Suite 150
> Decatur, Georgia 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



JAMES N. HATTEN
*CLERK OF COURT*

Date:  11/30/2015                                                     s/Barbara D. Boyle
                                                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-04127-ELR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SCALES 925 ATLANTA LLC,
was received by me on *(date)* 12-7-15.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CHARLES HUGHES , who is
designated by law to accept service of process on behalf of *(name of organization)*
SCALES 925 ATLANTA LLC on *(date)* 12-8-15 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-9-15

*Server's signature*

Earl Gayle - Process Server
*Printed name and title*

ATLANTA LEGAL SERVICES, LLC
3370 Presidential Pkwy
Suite 140
Atlanta, Georgia 30340

*Server's address*

Additional information regarding attempted service, etc:

[Print]  [Save As...]  [Reset]