### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| AVERY LEE,<br><br>   Plaintiff,<br><br>v.<br><br>SCALES 925 ATLANTA, LLC,<br><br>   Defendant. | CIVIL ACTION FILE<br><br>NO. 1:15-CV-04127-ELR |

### DEFAULT JUDGMENT

Defendant Scales 925 Atlanta, LLC, having failed to plead or otherwise defend in this action, and the Court, Eleanor L. Ross, United States District Judge, having granted plaintiff's Motion for Default Judgment against defendant and having directed that default judgment issue in favor of plaintiff, it is hereby

**ORDERED AND ADJUDGED**, that Judgment is entered in favor of plaintiff, Avery Lee, and against defendant Scales 925 Atlanta, LLC, in the amount of $27,486.00.

Dated at Atlanta, Georgia this 5th day of May 2016.

                                        JAMES N. HATTEN
                                        CLERK OF COURT

                        By:    *s/Brittney Walker*
                                        Deputy Clerk

Prepared, Filed and Entered
in the Clerk's Office
   May 5, 2016
James N. Hatten
Clerk of Court

By:   *s/Brittney Walker*
         Deputy Clerk